| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank, National Association, et al. | |
| In Re:<br><br>Kellie B. Norman-Rolle,<br><br>Debtors. | Case No.: __17-15192-JNP__<br><br>Chapter: __13__<br><br>Hearing Date: __8/29/2017__<br><br>Judge: __Poslusny__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief from Stay re: 201 Luray Drive, Williamstown, NJ 08094

(Docket # 28)

Date: 8/28/2017                                   /s/ Denise Carlon
                                                  Signature

*rev.8/1/15*