UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW B. FINBERG, ESQ.
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 ROUTE 73 SOUTH, SUITE 200
MARLTON, NEW JERSEY 08053
(856) 988-9055
Attorney for the Debtor(s)

Order Filed on September 14, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

KELLI B. NORMAN-ROLLE,

          Debtor(s)

| | |
|---|---|
| Case No.: | 17-15192 |
| Chapter: | 13 |
| Judge: | JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 14, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew B. Finberg_____, the applicant, is allowed a fee of $ \_\_\_\_\_400.00\_\_\_\_\_ for services rendered and expenses in the amount of $_____ for a total of $\_\_\_\_\_400.00\_\_\_\_\_ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_1,373.00\_\_\_ per month for \_\_\_\_55\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-15192-JNP
Kellie B. Norman-Rolle                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 14, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.
db            +Kellie B. Norman-Rolle,    201 Luray Drive,    Williamstown, NJ 08094-8820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Kellie B. Norman-Rolle andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, Successor Trustee to
               Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First
               Franklin Mortgage Loan Trust, Mortgage Loan Asset-Bac dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Justin  Plean    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6