Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 17-15192 (JNP)**

Kellie B. Norman-Rolle  
201 Luray Drive  
Williamstown, NJ  08094

Monthly Payment: $1,373.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/26/2017 | $1,000.00 | 04/26/2017 | $230.00 | 05/30/2017 | $1,000.00 | 05/30/2017 | $230.00 |
| 07/05/2017 | $1,365.00 | 07/31/2017 | $1,365.00 | 12/01/2017 | $3,000.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KELLIE B. NORMAN-ROLLE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW B. FINBERG, ESQUIRE | 13 | $2,810.00 | $2,810.00 | $0.00 | $2,810.00 |
| 0 | ANDREW B. FINBERG, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,003.30 | $0.00 | $1,003.30 | $0.00 |
| 2 | DEPARTMENT OF THE TREASURY | 28 | $19,553.54 | $0.00 | $19,553.54 | $0.00 |
| 3 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | NATIONSTAR MORTGAGE, LLC | 24 | $48,911.03 | $4,341.18 | $44,569.85 | $1,975.18 |
| 5 | NAVIENT SOLUTIONS, LLC | 33 | $110,489.89 | $0.00 | $110,489.89 | $0.00 |
| 6 | STATE OF NEW JERSEY | 28 | $903.95 | $0.00 | $903.95 | $0.00 |
| 7 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ANDREW B. FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,316.20 | $0.00 | $1,316.20 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 33 | $1,933.14 | $0.00 | $1,933.14 | $0.00 |
| 13 | AMERICAN INFOSOURCE, LP | 33 | $631.88 | $0.00 | $631.88 | $0.00 |
| 14 | STATE OF NEW JERSEY | 33 | $22,111.38 | $0.00 | $22,111.38 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2017 | 1.00 | $0.00 |
| 05/01/2017 | Paid to Date | $1,230.00 |
| 06/01/2017 | 3.00 | $1,365.00 |
| 09/01/2017 | 55.00 | $1,373.00 |
| 04/01/2022 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $8,190.00 |
| Total paid to creditors this period: | $4,785.18 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $4,000.00 |
| Attorney: | ANDREW B. FINBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**