UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW B. FINBERG, ESQ.
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 ROUTE 73 SOUTH, SUITE 200
MARLTON, NEW JERSEY 08053
(856) 988-9055
Attorney for the Debtor(s)

Order Filed on February 15,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

KELLIE B. NORMAN-ROLLE,

                    Debtor(s)

| | |
|---|---|
| Case No.: | 17-15192 |
| Chapter: | 13 |
| Judge: | JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 15, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Andrew B. Finberg _____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____400.00_____ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*