UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANDREW B. FINBERG, ESQ.
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 ROUTE 73 SOUTH, SUITE 200
MARLTON, NEW JERSEY 08053
(856) 988-9055
Attorney for the Debtor(s)

Order Filed on September 18, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

KELLIE B. NORMAN-ROLLE,

Debtor(s)

Case No.: 17-15192

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: September 18, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Andrew B. Finberg _____, the applicant, is allowed a fee of $ _____ 400.00 _____ for services rendered and expenses in the amount of $_____ for a total of $ _____ 400.00 _____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1473.00_____ per month for _____43_____ months to allow for payment of the above fee.

*rev.8/1/15*