Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  17−15192−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kellie B. Norman−Rolle
   aka Kellie Beatrice Norman−Rolle, aka
   Kellie B. Norman, aka Kellie Rolle, aka
   Kellie Norman
   201 Luray Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−5034

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/19/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 19, 2018
JAN: cmf

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kellie B. Norman-Rolle  
    Debtor

Case No. 17-15192-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Oct 19, 2018  
                   Form ID: 148    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.
```
db           +Kellie B. Norman-Rolle,    201 Luray Drive,    Williamstown, NJ 08094-8820
516706219    +KML Law Group,    216 Haddon Ave, Suite 406,    Collingswood, NJ 08108-2812
516706220    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    350 Highland Drive,
               Lewisville, TX 75067)
516706222    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    PO Box 245,
               Trenton, NJ 08695)
516810628    +South Jersey Gas,    1 South Jersey Plaza,    Folsom, NJ 08037-9100
516796330    +U.S. BANK, NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,
               PO BOX 619094,    Dallas, TX 75261-9094
516725162    +U.S. Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2018 22:36:52    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2018 22:36:51    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516706217     EDI: CAPITALONE.COM Oct 20 2018 02:33:00    Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
516706218     EDI: IRS.COM Oct 20 2018 02:33:00    IRS-Insolvency Central,    PO Box 7346,
               Philadelphia, PA 19101-7346
516706221    +EDI: NAVIENTFKASMSERV.COM Oct 20 2018 02:33:00    Navient,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
516922237     EDI: NAVIENTFKASMSERV.COM Oct 20 2018 02:33:00    Navient Solutions, LLC. on behalf of,
               Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
516933920     EDI: PRA.COM Oct 20 2018 02:33:00    Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516708872    +EDI: RMSC.COM Oct 20 2018 02:33:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
516866023    +EDI: AIS.COM Oct 20 2018 02:33:00    Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516805119*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,    PO Box 619096,
               Dallas, TX 75261-9741)
517104685*   +U.S. Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
517104637*   +U.S. Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-1            User: admin                Page 2 of 2                Date Rcvd: Oct 19, 2018
                                Form ID: 148               Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Kellie B. Norman-Rolle andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, Successor Trustee to
               Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First
               Franklin Mortgage Loan Trust, Mortgage Loan Asset-Bac dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Justin  Plean    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kevin M. Buttery    on behalf of Creditor    U.S. Bank, National Association, Successor Trustee to
               Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First
               Franklin Mortgage Loan Trust, Mortgage Loan Asset-Bac bkyefile@rasflaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```